IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JAMES CURRY, JR.            PLAINTIFF

V.            CIVIL ACTION NO. 4:20-CV-00125-SA-RP

MDOC            DEFENDANT

## FINAL JUDGMENT

Having considered the file and records in this cause, including the Report and Recommendation of the United States Magistrate Judge and the Objections to the Report and Recommendation, the Court finds that the plaintiff's objections are without merit,[1] and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore, ORDERED:

(1) That the plaintiff's objections to the Magistrate Judge's Report and Recommendation are OVERRULED;

(2) That the Report and Recommendation of the United States Magistrate Judge is hereby APPROVED AND ADOPTED as the opinion of the Court;

(3) That the instant case is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief could be granted; and

(4) That this case is CLOSED.

This, the 12th day of May, 2021.

           /s/ Sharion Aycock
           UNITED STATES DISTRICT JUDGE

---

[1] Although Plaintiff refers to his filing as objections, he merely repeats his allegations from his complaint and *Spears* hearing rather than objecting to any specific finding from the Report and Recommendation. *See* Doc. # 19.